JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

Daniel Jang,

                          Plaintiff,

      v.

Sagicor Life Insurance Company, et al.,

                         Defendants.

Case Nos. EDCV 17-1563 JGB (KKx) (CONSOLIDATED WITH EDCV 17-1585 JGB (KKx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      Pursuant to the Order filed concurrent herewith, the Motions for Summary Judgment by Defendants Sagicor Life Insurance Company, Sagicor Life Inc, Sagicor Financial Corporation Limited, Sagicor USA, National Life Holding Company, National Life Insurance Company, NLV Financial Corporation, Life Insurance Company of the Southwest, and National Life Group are GRANTED. Plaintiff Daniel Jang's complaints against Defendants are DISMISSED.

///

1 | Judgment is entered in favor of Defendants.

Dated: April 25, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge